IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELISSA RONQUILLO-GRIFFIN, *Individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>DATA SOFTWARE SERVICES, LLC d/b/a ELEAD1ONE,<br><br>Defendant. | **Case No.: 3:17-cv-01151-WQH-MDD**<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. WILLIAM Q. HAYES** |

Based upon the Stipulation for Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named Plaintiff KELISSA RONQUILLO-GRIFFIN, and without prejudice as to the Putative Class.

IT IS ORDERED.

Dated: December 14, 2017

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court

**PROPOSED ORDER**

1